# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-98-00020-CV

**Gene Reitnauer, Appellant**

**v.**

**Dan Morales, Attorney General of the State of Texas; The State of Texas;
and Texas Exotic Feline Foundation, Inc., Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
### NO. 96-14173, HONORABLE PAUL R. DAVIS, JR., JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellees have furnished this Court with a copy of appellant's discharge in her bankruptcy proceeding. Appellant's bankruptcy was discharged in April 2001. Appellant did not notify this Court of the discharge in bankruptcy and has not communicated with this Court since that discharge. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).[1]

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed for Want of Prosecution

Filed: November 7, 2005

---

[1] Any pending motions in this case are dismissed. A related mandamus is being dismissed by separate memorandum opinion.